IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHRISTOPHER MILES,**

   *Petitioner*,

v.                                 Case No.: 4:23cv524-MW/MAF

**JOHN POLISKNOWSKI,** *et al.*,

   *Respondents*.

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 33. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 33, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 26, is **GRANTED**. Petitioner's amended § 2254 petition, ECF No. 5, is **DISMISSED**. A certificate of appealability is **DENIED**. Finally, this Court certifies that Petitioner is not entitled to appeal *in forma pauperis*.

**SO ORDERED on August 19, 2024.**

                                                   s/Mark E. Walker         
                                                   **Chief United States District Judge**